

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-20-00614-CR

**IN RE ERIC J. BROWN**

Original Mandamus Proceeding[1]

**ORDER**

On December 31, 2020, relator filed a pro se petition for writ of mandamus. After considering the petition, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for leave to file a petition for writ of mandamus is denied as moot.

It is so **ORDERED** on January 13, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-02-0067-CRW, styled *State of Texas v. Eric J. Brown*, pending in the 81st Judicial District Court, Wilson County, Texas, the Honorable Lynn Ellison presiding.